UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FILED

OCT 1 7 2005

United States Bankruptcy Court
Columbia, South Carolina

ENTERED

OCT 17 2005

L.O.

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| Frank Leslie Whaley and | ) | |
| Yana Kim Whaley, | ) | |
| | ) | |
| Debtor(s). | ) | Case No. 05-05707/jw |
| | ) | |

**ORDER**

Before the Court is the Debtors' Motion to Use Cash Collateral (the "Motion") regarding

the secured claim of Household Bank (SB), N.A. (also appearing as eCast Settlement

Corporation) (hereinafter "Creditor"), filed September 23, 2005. Having reviewed the pleadings,

and no party in interest having objected, it is hereby

ORDERED that the Debtors' Motion be granted to allow Debtors to use insurance

proceeds to purchase a 1993 Chevrolet C-1500 Fleetside extended cab pickup truck, VIN #

1GCEC19Z4PE191908, to replace the 2000 Victory Sportcruiser motorcycle under lien to the

Creditor under the condition that the new vehicle purchased by the Debtors will be substituted as

collateral for the allowed secured claim of Creditor and the lien of Creditor will be properly

noted on the title of the newly purchased vehicle;

IT IS FURTHER ORDERED that the insurance proceeds shall be forwarded to the

Debtors' attorney, Lex Rogerson, for proper disbursement;

IT IS FURTHER ORDERED that Debtor and Debtors' attorney shall ensure that the title

of the new vehicle is forwarded to Creditor so that Creditor may record its lien and hold it until

either its claim has been satisfied or the Plan has been discharged;

IT IS FURTHER ORDERED that Creditor shall forward the title to the 2000 Victory

Sportcruiser motorcycle to the insurance company which distributes the proceeds, so that such

insurance company may disposed of the wrecked vehicle.  The name and address of the insurance

company will be provided by Debtors and Debtors' attorney to Creditor; and

    IT IS FURTHER ORDERED that Debtors' attorney shall timely monitor all transactions

and hold the insurance proceeds in trust to be disbursed for the replacement vehicle and that

Debtors' attorney shall ensure that the seller has notice of and complies with this Order.

    AND IT IS SO ORDERED.

UNITED STATES BANKRUPTCY JUDGE

Columbia, South Carolina

_____, 2005